No. 91–1220. VIEHWEG *v.* DEVEREUX. C. A. 8th Cir. Motion of petitioner to strike and for sanctions denied. Certiorari denied.